UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BARAJAS,<br><br>          Petitioner,<br><br>    v.<br><br>BRYAN BIRKHOLZ,<br><br>          Respondent. | Case No. 2:25-cv-02097-MWC-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NOS. 7, 10] |

    The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the July 14, 2025 Report and Recommendation of United States Magistrate Judge.

    IT IS HEREBY ORDERED that (1) Respondent's Motion to Dismiss is granted; (2) Petitioner's operative First Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") and this action are dismissed without prejudice; (3) Judgment shall be entered

///

///

accordingly; and (4) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

DATED: August 21, 2025

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE