UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BARAJAS, | Case No. 2:25-cv-02097-MWC-JC |
| Petitioner, | JUDGMENT |
| | JS-6 |
| v. | |
| BRYAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED:  August 21, 2025

_____

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE